# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEANN A. MCBRAYER,

       Plaintiff,                     CASE NO. 08-CV-11449

-vs-

                                           PAUL D. BORMAN
AARON JAMES MAIKE, *et al.*,        UNITED STATES DISTRICT JUDGE

       Defendants.
_____/

## ORDER (1) GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION

Before the Court is Plaintiff DeAnn McBrayer's May 5, 2008 Motion to Dismiss the instant action. (Dkt. No. 4). Plaintiff has also filed a Second Motion to Dismiss. (Dkt. No. 6).

The Court GRANTS Plaintiff's Motion to Dismiss the action.

**SO ORDERED**.

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: June 17, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 17, 2008.

                                        s/Denise Goodine
                                        Case Manager